**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia G. Kent, et al., ) | CV 12-8082-PCT-PGR |
| )  Plaintiffs, ) | |
| ) v. ) | **ORDER** |
| ) Physicians Business Services, L.L.C., ) et al., ) | |
| ) Defendants. ) ) | |

Before the Court are Plaintiffs' motion for sanctions and Defendants' motion to compel. (Docs. 55, 67.) The Court held oral argument on August 14, 2013. For the reasons stated on the record,

**IS HEREBY ORDERED** denying Plaintiff's motion for sanctions (Doc. 55).

**IT IS FURTHER ORDERED** granting Defendants' motion to compel (Doc. 67). Dr. Marder shall prepare and deliver a report in full compliance with Rule 26 of the Federal Rules of Civil Procedure no later than 5:00 p.m. on September 20, 2013.

**IT IS FURTHER ORDERED** amending the Court's scheduling order of October 3, 2012 (Doc. 24), as follows: the deadline for completion of discovery, including expert depositions, is January 31, 2014. The trial date of December 17, 2013 is vacated, and a new trial date will be set at the final pretrial conference.

///

**IT IS FURTHER ORDERED** that all depositions will be limited to four (4) hours. Breaks will be allowed only for the convenience of witnesses. There shall be no side bars, off-the-record conversations, or recess conversations with the witnesses.

**IT IS FURTHER ORDERED** that depositions shall take place as follows:

1. Depositions in Phoenix, Arizona, shall take place in the jury room assigned to Judge McNamee, and counsel must arrange the depositions through Judge McNamee's judicial assistant, Ms. Sally Pernell, at (602) 322-7555.

2. Depositions in Jacksonville, Florida, shall be taken at the Bryan Simpson United States Courthouse, 300 N. Hogan Street, Jacksonville, Florida, 32202, and arrangements must be made through the Division Manager, Jim Leanhart, (904) 549-1900, and the parties must give Mr. Leanhart 20 days' notice.

3. Depositions in Los Angeles, California shall be taken in the jury room of the Honorable Margaret M. Morrow, United States District Judge for the Central District of California, at the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple St., Los Angeles, CA 90012. Arrangements must be made through Judge Morrow's legal assistant at (213) 894-2949 with 20 days' notice.

**IT IS FURTHER ORDERED** that the Clerk of Court mail copies of this order to:

Honorable Margaret M. Morrow
Jim Leanhart
Sheryl L. Loesch, Clerk of Court, Middle District of Florida

**DATED** this 22nd day of August, 2013.

_____
Stephen M. McNamee
Senior United States District Judge